**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

**By ECF**                                              September 13, 2024

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Shanequa Washington,</u>
         24 Cr. 334 (NRB))

Dear Judge Buchwald:

    I write to request an adjournment of the sentence of my client, Shanequa Washington, scheduled for September 26th. My sentencing submission was due on September 11th and I apologize for failing to make this request earlier. I make this request because I await several letters in support on behalf of Ms. Washington.

    I request an adjournment to a date in early November convenient to Your Honor. Assistant U.S. Attorney Adam Margulies advised he has no objection concerning this application. This is my first request for an adjournment.

    Thank you for your consideration of this request.

                                                   Respectfully yours,
                                                   /s/
                                                 Thomas F.X. Dunn

Cc: Adam Margulies, Esq.
    Assistant U.S. Attorney
    (By ECF)

```
Adjournment granted.  Sentencing is scheduled for November 7, 2024 at 11
a.m.  Defendant's sentencing submission is due on October 16, 2024, and
the government's sentencing submission is due on October 23, 2024.
```

                                       SO ORDERED.

                                NAOMI REICE BUCHWALD
                                UNITED STATES DISTRICT JUDGE

```
          Dated:    September 17, 2024
                    New York, New York
```